# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**ANTONIO RAMOS-TRUJILLO**,
  Plaintiff
          **v.**                                              **CASE NUMBER:** 04-1449  (HL)
**COMMISSIONER OF SOCIAL SECURITY**,
  Defendant.

## ORDER

Before the Court is Chief Magistrate Judge Justo Arenas' unopposed Report and Recommendation (Docket No. 15). In his Report and Recommendation, Chief Magistrate Judge Arenas recommends that the Commissioner of Social Security's ruling be affirmed. Neither party filed objections to the Magistrate Judge's Report and Recommendation within the time frame provided by the Federal Rules of Civil Procedure and this Court's Local Rules. *See* Fed.R.Civ.P. 72(b); 28 U.S.C. § 636(b)(1)(B); D.P.R. L.Cv.R.72(d).

After a review of the record, the Court agrees with the arguments and conclusions in the Report and Recommendation recommending that the Commissioner of Social Security's decision to deny plaintiff Antonio Ramos-Trujillo disability benefits be affirmed because the evidence in the record supports the Administrative Law Judge's finding that plaintiff is not disabled within the meaning of the Social Security Act. Therefore, the Court hereby **APPROVES** and **ADOPTS** the magistrate judge's Report and Recommendation in its entirety.

Accordingly, the Court hereby **AFFIRMS** the Commissioner of Social Security's decision. Judgment shall be entered accordingly.

**Date**: August 5, 2005

S/ **HECTOR M. LAFFITTE**
**United States District Judge**